STEWART v. KOPP

No. 129P95

Case below: 118 N.C.App. 160

Petition by plaintiff for writ of supersedeas denied and temporary stay dissolved 4 May 1995. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 May 1995.

STEWART v. PARISH

No. 96P95

Case below: 118 N.C.App. 175

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 May 1995.

THARPE v. FRIEDERMANN

No. 128P95

Case below: 118 N.C.App. 176

Petition by defendant (Newell Eugene Holt) for discretionary review pursuant to G.S. 7A-31 denied 4 May 1995.

WHITE v. N.C. DEPT. OF E.H.N.R.

No. 145P95

Case below: 117 N.C.App. 545

Petition by petitioner (Michael Darwin White) for discretionary review pursuant to G.S. 7A-31 denied 4 May 1995.